# Court of Appeals
# of the State of Georgia

ATLANTA, April 18, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1120. MICHAEL R BERLON ET AL. v. ROBIN PHILLIPS ET AL.

This case was docketed in this Court on February 4, 2013, and Michael R. Berlon and his law firm were required to file a brief by February 25, 2013. OCGA § 5-6-40; Rule 22 (a). Having failed to do so and appellees having filed a motion to dismiss on this basis, his appeal is hereby dismissed. Appellees' motion for sanctions is denied.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, April 18, 2013*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*